# U.S. District Court
## Southern District of Iowa (Central)
## CIVIL DOCKET FOR CASE #: 4:12−cv−00137−REL
### *Internal Use Only*

Cornell et al v. Schulte et al
Assigned to: Senior Judge Ronald E. Longstaff
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/02/2012
Date Terminated: 05/21/2012
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Robert Alan Cornell**     represented by    **Robert Alan Cornell**
080725
FORT DODGE CORRECTIONAL
FACILITY
1550 L STREET
FORT DODGE, IA 50501
PRO SE

**Plaintiff**

**Donnalou M Cornell**

V.

**Defendant**

**Carol Schulte**

**Defendant**

**Donald Hanson**

**Defendant**

**Lula Hanson**

**Defendant**

**Paula Geise**

**Defendant**

**Sandra Stanhope**

**Defendant**

**Sally Kelly**

**Defendant**

**Allen Memorial Hospital**

**Defendant**

Bruce McDonald

**Defendant**

Mary Ann Brown

**Defendant**

Cynthia Danielson

**Defendant**

Laura Krehbiel

**Defendant**

Todd Chelf

**Defendant**

Julia Patterson

**Defendant**

Lee County Bank and Trust

**Defendant**

Daniel Larmore

**Defendant**

Rachel Upton

**Defendant**

Barbara Murphy

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/02/2012 | 1 | | COMPLAINT against Allen Memorial Hospital, Mary Ann Brown, Todd Chelf, Cynthia Danielson, Paula Geise, Donald Hanson, Lula Hanson, Sally Kelly, Laura Krehbiel, Daniel Larmore, Lee County Bank and Trust, Bruce McDonald, Barbara Murphy, Julia Patterson, Carol Schulte, Sandra Stanhope, and Rachel Uptonfiled by Donnalou M Cornell and Robert A Cornell. (Attachments: # 1 Cover Letter) (sc) (Entered: 04/02/2012) |
| 04/02/2012 | 2 | | MOTION for Leave to Proceed in forma pauperis by Robert A Cornell. (sc) (Entered: 04/02/2012) |
| 04/02/2012 | | | Partial Filing fee: $25, receipt number 400006111, by Robert A Cornell. (sc) (Entered: 04/02/2012) |
| 05/18/2012 | 3 | | INITIAL REVIEW ORDER dimissing case. Signed by Senior Judge Ronald E. Longstaff on 5/18/2012. (fm) (Entered: 05/18/2012) |

| | | | |
|---|---|---|---|
| 05/29/2012 | 4 | | JUDGMENT in favor of Allen Memorial Hospital, Lee County Bank and Trust, Barbara Murphy, Bruce McDonald, Carol Schulte, Cynthia Danielson, Daniel Larmore, Donald Hanson, Julia Patterson, Laura Krehbiel, Lula Hanson, Mary Ann Brown, Paula Geise, Rachel Upton, Sally Kelly, Sandra Stanhope, Todd Chelf against Donnalou M Cornell, Robert A Cornell. Signed by Clerk Marjorie Krahn on 5/29/2012. (sk, ) (Entered: 05/29/2012) |
| 06/11/2012 | 5 | | MOTION for Extension of Time to File application for reconsideration or correction of judgment, amended complaint and appointment of counsel by Robert A Cornell. Responses due by 6/28/2012 (sk, ) Modified text on 7/6/2012 (ljf, ). (Entered: 06/11/2012) |
| 08/28/2012 | 6 | | ORDER re 5 Motion for Extension of Time. Request for appointment of counsel DENIED. Plaintiff must file any additional support for request for reconsideration on or before 9/14/12. See Order for particulars. Signed by Senior Judge Ronald E. Longstaff on 8/28/2012. (mel) (Entered: 08/28/2012) |
| 09/17/2012 | 7 | | NOTICE of change of address and submittion of Appendix A and B to be attached to 9/11/12 correspondence by Robert A Cornell. (sc) (Entered: 09/17/2012) |
| 09/25/2012 | 8 | | MOTION for Extension of Time to File by Robert A Cornell. Responses due by 10/12/2012 (sk, ) (Entered: 09/25/2012) |
| 11/15/2012 | 9 | | NOTICE by Robert A Cornell (sk, ) (Entered: 11/15/2012) |
| 11/20/2012 | 10 | | ORDER granting 8 Motion for Extension of Time to File. Signed by Senior Judge Ronald E. Longstaff on 11/19/2012. (jm) (Entered: 11/20/2012) |
| 12/12/2012 | 11 | | ORDER. This case remains closed. See Order for particulars. Signed by Senior Judge Ronald E. Longstaff on 12/12/2012. (fm) (Entered: 12/12/2012) |
| 12/14/2012 | 12 | | MOTION for Reconsideration re 4 Judgment, by Robert Alan Cornell. Responses due by 12/31/2012 (sk, ) (Entered: 12/14/2012) |
| 01/04/2013 | 13 | 5 | ORDER denying 12 Motion for Reconsideration. Signed by Senior Judge Ronald E. Longstaff on 1/4/2013. (jm) (Entered: 01/04/2013) |
| 01/04/2013 | 14 | | MOTION for Reconsideration (to Vacate Order and Reinstate Action) re 4 Judgment, by Robert Alan Cornell. Responses due by 1/22/2013 (Attachments: # 1 Envelope) (don, ) (Entered: 01/04/2013) |
| 01/10/2013 | 15 | 6 | ORDER DENYING 14 Motion for Reconsideration. See Order for particulars. Signed by Senior Judge Ronald E. Longstaff on 1/10/2013. (mel) (Entered: 01/10/2013) |
| 01/22/2013 | 16 | 8 | NOTICE OF APPEAL as to 15 Order on Motion for Reconsideration, 11 Order, 6 Order on Motion for Extension of Time to File, 13 Order on Motion for Reconsideration, 10 Order on Motion for Extension of Time to File, 4 Judgment, by Robert Alan Cornell. (don, ) (Entered: 01/22/2013) |
| 01/22/2013 | 17 | | MOTION for Leave to Appeal in forma pauperis by Robert Alan Cornell. (don, ) (Entered: 01/22/2013) |
| 01/22/2013 | 18 | | MOTION to Appoint Counsel by Robert Alan Cornell. Responses due by 2/8/2013 (don, ) (Entered: 01/22/2013) |

| 03/20/2013 | 19 | 11 | ORDER denying 17 Motion for Leave to Appeal in forma pauperis; denying 18 Motion to Appoint Counsel Signed by Senior Judge Ronald E. Longstaff on 3/20/2013. (ptb, ) (Entered: 03/20/2013) |
| --- | --- | --- | --- |
| 03/21/2013 | 20 | 13 | NOTIFICATION OF APPEAL and NOA Supplement by District Court Clerk to USCA re 16 Notice of Appeal, filed on 1/22/2013. (vr) (Entered: 03/21/2013) |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT A. CORNELL AND DONNALOU M. CORNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL SCHULTE, et al,<br><br>Defendants. | No. 4:12-cv-00137-REL<br><br>**ORDER** |

This case was dismissed on May 18, 2012, and judgment was entered on May 29, 2012. Plaintiff Cornell then filed a request for time to file a motion for reconsideration, and several requests for additional time to provide support for the motion.

On November 20, 2012, the Court entered an order stating that any support for a request for reconsideration must be filed on or before December 7, 2012, and that no further extensions of time would be granted. On December 14, 2012, the Court received Plaintiff's Application to Reconsider. ECF No. 12. Although the application appears to have been filed beyond the date set in the Court's prior order, the Court has reviewed the application. Nothing in the application provides a basis for altering the Court's order dismissing this case.

The Application to Reconsider (ECF No. 12) is **denied**. **The case remains closed.**

**IT IS SO ORDERED**.

Dated this 4th day of January, 2013.

RONALD E. LONGSTAFF, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT A. CORNELL AND DONNALOU M. CORNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL SCHULTE, et al,<br><br>Defendants. | No. 4:12-cv-00137-REL<br><br>**ORDER** |

The Court has before it Plaintiff's Motion to Vacate Judgment and Reinstate Judgment. ECF No. 14. Cornell seeks reconsideration of the dismissal of his case on May 18, 2012, and provides support for his assertion that he attempted to file his Motion for Reconsideration by the December 7, 2012, deadline set forth in the Court's prior order.

Cornell filed a Motion for Reconsideration (ECF No. 12) on December 14, 2012, that was denied by this Court on January 4, 2012. In denying the motion, the Court noted that it was unclear whether the motion was filed in compliance with the deadline set by the Court. The Court considered, however, the merits of Cornell's Motion for Reconsideration and denied the motion on the merits.

For the same reason set forth in that order (ECF No. 13), the current motion to vacate judgment (ECF No. 14) is **denied**.    **The case remains closed.**

**IT IS SO ORDERED**.

Dated this 10th day of January, 2013.

_____
RONALD E. LONGSTAFF, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

ROBERT A. CORNELL AND
DONNALOU M. CORNELL, *ex rel.*
Plaintiffs

vs.

CAROL SCHULTE,
DONALD HANSON,
LULA HANSON,
PAULA GEISE,
SANDRA STANHOPE,
SALLY KELLY,
ALLEN MEMORIAL HOSPITAL,
BRUCE McDONALD,
MARY ANN BROWN,
CYNTHIA DANIELSON,
LAURA KREHBIEL,
TODD CHELF,
JULIA PATTERSON,
LEE COUNTY BANK AND TRUST,
DANIEL LARMORE,
RACHEL UPTON,
BARBARA MURPHY.
Defendants.

Case. No. 4:12-cv-00137-REL

NOTICE OF APPEAL

RECEIVED
JAN 2 2 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Notice is hereby given that ROBERT A. CORNELL AND DONNALOU M. CORNELL, *ex rel.*, Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the judgment dismissing this matter entered on the 4th day of January, 2013.

Respectfully submitted January 13, 2013

Robert A. Cornell, IDOC # 0080725
F.D.C.F.
1550 "L" Street
Fort Dodge Iowa , 50501

Original: Filed

Copy: Laura Krehbiel,
    P. O. Box 150
    712 Orchard Street
    Donnellson, Iowa, 52625

    Bruce McDonald
    601 Main St.
    Keokuk, Iowa, 52632

    Robert Reding
    711 Avenue G
    Fort Madison, Iowa, 52627

    Ryan Gerling
    606 Washington,
    Burlington, Iowa 52601

    Todd Chelf
    401 Jefferson
    Burlington, Iowa 52601

    Mitchell Taylor
    205 Washington Street,
    Burlington, Iowa, 52601

PROOF OF SERVICE

I hereby certify that the foregoing was served upon the parties of record on 1-13-13, 2013.

R. Cornell



Robert Cornell #0080735
F.D. C.F.
1550 "L" Street
Ft. Dodge, Iowa
50501

Clerk
United States District Court
Southern District of Iowa
P.O. Box 9344
Des Moines, Iowa
50306-9344

Legal Mail

NOTICE: This correspondence was mailed from an institution operated by Corrections. The contents are uncensored.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT A. CORNELL AND DONNALOU M. CORNELL,<br><br>      Plaintiffs,<br><br>vs.<br><br>CAROL SCHULTE, DONALD HANSON, LULA HANSON, PAULA GEISE, SANDRA STANHOPE, SALLY KELLY, ALLEN MEMORIAL HOSPITAL, BRUCE MCDONALD, MARY ANN BROWN, CYNTHIA DANIELSON, LAURA KREHBIEL, TODD CHELF, JULIA PATTERSON, LEE COUNTY BANK AND TRUST DANIEL LARMORE, RACHEL UPTON, AND BARBARA MURPHY,<br><br>      Defendants. | No. 4:12-cv-00137-REL<br><br>**ORDER** |

    The Court has before it Plaintiff's Motion for Leave to Appeal in Forma Pauperis (ECF No. 17) and Motion to Appoint Counsel (ECF No. 18).

    Under Rule 24(a) of the Federal Rules of Appellate Procedure a party who has been granted permission to proceed in forma pauperis in district court may continue to proceed in that status on appeal unless the court certifies that the appeal is not taken in good faith. Under 28 U.S.C. § 1915(a) "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." "Good faith" in these provisions means not only the absence of improper motive, but "presentation of any issue that is not plainly frivolous." <u>Ellis v.</u>

United States, 356 U.S. 674 (1958) (1915(a)); Lucien v. Roegner, 682 F.2d. 625, 626 (7th Cir. 1982) (Fed. R. App. P. 24(a)).

This appeal is certified as frivolous, and therefore taken in bad faith, for the reasons set out in the May 18, 2012, order.  Permission to proceed in forma pauperis on appeal (ECF No. 17) is **denied**.  The Request for Appointment of Counsel (ECF No. 18) is **denied**.

If plaintiff still wishes to pursue the appeal in forma pauperis, plaintiff must file a motion to proceed in forma pauperis with the Eighth Circuit under Fed. R. App. P. 24(a).  Upon filing a Rule 24(a) motion, plaintiff immediately will be responsible for paying the $455 appellate fee either on the installment plan, or all at once if plaintiff has three dismissals under § 1915(g).

**IT IS SO ORDERED**.

Dated this __20th__   day of March, 2013.

_____
RONALD E. LONGSTAFF, Senior Judge
United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** _____ vs. _____

**District Court Case #** ____:____- cv - _____

**Appeal Fee ($455.oo) Status   Pd___   IFP___   Pending ___   Govt.  Appeal ___**

**Counsel   Appointed ____   CJA ____   Retained ____   Pro Se____**

**Appeal filed by   Counsel____ Pro Se____**

**Any reason why counsel should not be appointed**_____

**Pending post Judgment motions:   Yes___ No___**

**Type of Motion(s)**_____

**High Public Interest Case   Yes_____ No_____**

**Simultaneous Opinion Release Requested   Yes____ No____**

**Trial  Held   Yes_____ No_____**

**Jury Trial  Held   Yes_____ No_____**

**Court Reporter   Yes ____ No_____   Length of Trial _____**

**Reporter's  Name   _____**

**Address   _____**

_____

**Phone _____**

**Transcript Ordered   Yes_____ No_____**

**Appealing:**   Order prior to final judgment ____   Final Judgment____

**Completed Form "A" Enclosed   Yes_____ No____**